```
         IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                 JONESBORO DIVISION
```

PEGGY ANN LAMB                                           PLAINTIFF

v.                    CASE NO. 3:10CV00224 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                  DEFENDANT

### JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 18th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE